[No. 65623-6-I.   Division One.   January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GONZALO ANTONIO MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04227-2, Jeffrey M. Ramsdell, J., entered June 3, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Becker, J.

[No. 66302-0-I.   Division One.   January 14, 2013.]

MATTHEW G. SILVA, *Appellant*, v. DEBORAH HOLLY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-07612-8, Thomas J. Wynne, J., entered October 18, 2010. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 66554-5-I.   Division One.   January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLOW TODD EGGUM, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00486-5, Ira Uhrig, J., entered January 14, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Dwyer, JJ.

[No. 66766-1-I.   Division One.   January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN T. STARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05650-8, Andrea A. Darvas, J., entered December 20, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Lau, JJ.